SWEETEN v. KING

No. 227 PC.

Case below: 29 N.C. App. 672.

Petition by plaintiffs and petition by defendants for discretionary review under G.S. 7A-31 denied 1 September 1976.

TENT CO. v. WINSTON-SALEM

No. 188 PC.

Case below: 29 N.C. App. 297.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.

UTILITIES COMM. v. EDMISTEN, ATTY. GENERAL

No. 47.

Case below: 29 N.C. App. 428.

Motion of plaintiff Carolina Power and Light Co. to dismiss appeal for lack of merit denied 1 September 1976.

WILLIAMS v. TRUST CO.

No. 228 PC.

Case below: 30 N.C. App. 18.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 1 September 1976.

WILLIAMS v. WILLIAMS

No. 207 PC.

Case below: 29 N.C. App. 509.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.